ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CYNTHIA FREY (DCBN 475889)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    cynthia.frey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-0372 EMC |
| Plaintiff, | CR 21-0145 EMC |
| v. | STIPULATION TO CONTINUE SENTENCING AND [PROPOSED] ORDER |
| ANTHONY TYLER NASHATKA, | **UNDER SEAL** |
| Defendant. | |

      On May 19, 2021, the defendant plead guilty to Count One and Four of the Indictment in CR 19-0372 EMC, charging Conspiracy to Commit Computer Fraud and Abuse, in violation of 18 U.S.C. § 1030(b) (Count One) and Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349 (Count Four), as well as to the Information in CR 21-0145 EMC, charging Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349.   At the hearing, the parties agreed to put the matter over for a status regarding sentencing on September 8, 2021, and later the parties stipulated to set the matter over for sentencing on December 15, 2021.

      Due to a change in defense counsel and preparation for sentencing, to include completing matters relating to forfeiture and restitution, the parties have requested continuances to August 8, 2024.  Based

upon the above, the parties are asking for this further continuance to October 10, 2024. The Courtroom Deputy has confirmed this Court's availability.

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: June 27, 2024                               /s/
                                                   CYNTHIA FREY
                                                   Assistant United States Attorney

DATED: June 27, 2024                               /s/
                                                   EAN VIZZI
                                                   Counsel for Defendant Anthony Tyler Nashatka

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Based upon the facts set forth in the stipulation of the parties and the representations made to the |
| 3 | Court on and for good cause shown, the Court hereby orders that the above-captioned matter be |
| 4 | continued for sentencing to October 10, 2024 at 9:00 a.m. |
| 5 | IT IS SO ORDERED. |

DATED: _____

_____
HONORABLE EDWARD M. CHEN
United States District Judge